IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen Jason Smith, :
:
    Plaintiff(s), :
:
: Case Number: 1:11cv778
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 20, 2013 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 8, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion seeking a fee award under the Equal Access for Justice Act (Doc. 18) is **GRANTED**.

Plaintiff is awarded the sum of $2,780.25, respresenting an attorney fee award that reflects a reasonable number of hours (22.2) at the statutory rate of $125.00, plus costs of $5.25.

IT IS SO ORDERED.

                              s/Susan J. Dlott
                              Chief Judge Susan J. Dlott
                              United States District Court